ORIGINAL

FILED

07 AUG 29 PM 12: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 90cr0737T |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANT |
| IDELFONSO CASTANEDA-NUNO (1) ) BENJAMIN ESTRADA (2) ) | |
| Defendants. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants IDENFONSO CASTANEDA-NUNO and BENJAMIN ESTRADA is dismissed.

IT IS FURTHER ORDERED that any warrants issued in this case be recalled.

DATED: 8/28/07

_____
HOWARD B. TURRENTINE
U.S. DISTRICT COURT JUDGE